**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY JANE BALMES<br><br>　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; CAPITAL ONE SERVICES, LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; AT&T MOBILITY LLC; COX COMMUNICATIONS, INC.; and EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　Defendants. | Case No. 2:21-cv-01759-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681 ET SEQ.**<br><br>**(FIRST REQUEST)** |

　　Defendant Cox Communications, Inc. ("Cox"), by and through its attorneys, Dickinson Wright PLLC, and Plaintiff Mary Jane Balmes ("Plaintiff"), by and through her attorneys, Kind Law and Freedom Law Firm, stipulate and agree as follows:

　　1.　　Plaintiff filed her Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (First Request), on September 23, 2021 (the "Complaint").

　　2.　　Plaintiff served Cox on October 4, 2021.



1

3. Cox's deadline to respond, move or otherwise plead to the Complaint is October 25, 2021.

4. Plaintiff and Defendant have agreed that Cox shall have up to an including November 29, 2021, to respond, move or otherwise plead to the Complaint.

5. The request for an extension is so that Cox can review its records pertaining to the allegations in the Complaint.

6. This is the first stipulation between Plaintiff and Cox to extend the time for Cox to respond, move or otherwise plead to the Complaint and it is not being entered into for purposes of any delay.

Dated: October 13th, 2021.

**DICKINSON WRIGHT PLLC**

*/s/: Michael N. Feder*
MICHAEL N. FEDER (NBN 7332)
GABRIEL A. BLUMBERG (NBN 12332)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications, Inc.*

Dated: October 13th, 2021.

**FREEDOM LAW FIRM**

*/s/: Gerardo Avalos*
GEORGE HAINES (NBN 9411)
GERARDO AVALOS (NBN 15171)
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
Email: Chaines@freedomlegalteam.com
Email: Gavalos@freedomlegalteam.com

MICHAEL KIND (NBN 13903)
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Tel: (702) 337-2322
Fax: (702) 329-5881
Email: mk@kindlaw.com

*Attorneys for Plaintiff Mary Jane Balmes*

### * * *
### ORDER

**IT IS SO ORDERED.**

DATED: __October 14__, 2021            _____
                                                                                UNITED STATES MAGISTRATE JUDGE



## CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 13th day of October, 2021, a copy of **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681 ET SEQ., (FIRST REQUEST)** was served electronically to all parties of interest through the Court's *CM/ECF system* as follows:

George Haines, Esq.
Gerardo Avalos, Esq.
**FREEDOM LAW FIRM**
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV  89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

Michael King, Esq.
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
mk@kindlaw.com

*Attorneys for Plaintiff Mary Jane Balmes*

/s/: Dianne Kelling
An Employee of Dickinson Wright PLLC

