ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
JACOB G. CLARK, ESQ.
Nevada Bar No. 15196
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9319
Facsimile: (702) 255-2858
E-Mail: rschumacher@grsm.com
        jclark@grsm.com

*Attorneys for Defendant*
*AT&T MOBILITY, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mary Jane Balmes | CASE NO. 2:21-cv-01759 |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT AT&T MOBILITY, LLC TO FILE A RESPONSIVE PLEADING** |
| Experian Information Solution, Inc.; Capital One Services, LL; National Consumer Telecom & Utilities Exchange, Inc.; AT&T Mobility LLC; Cox Communications, Inc.; and Equifax Information Services LLC, | **FIRST REQUEST** |
| Defendants. | |

Plaintiff MARY JANE BALMES ("Plaintiff") and Defendant AT&T MOBILITY, LLC, ("AT&T"), by and through their undersigned counsel, hereby stipulate and agree that AT&T may have up to and including November 1, 2021, to file its responsive pleadings in this matter. AT&T was served on October 14, 2021, such that its responsive pleading was due on October 25, 2021. AT&T so recently requested that GORDON REES SCULLY MANSUKHANI LLP defend this action, that it was not possible for the undersigned to submit a responsive pleading by the existing deadline. Plaintiff and AT&T and thus respectfully request the Court grant this

///

1  extension and permit it to respond on or before **November 1, 2021**.

2  DATED this 25th day of October 2021.   DATED this 25th day of October 2021.

3  **FREEDOM LAW FIRM**   **GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Gerardo Avalos*_____   */s/ Jacob G. Clark* _____
GEORGE HAINES, ESQ.   ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 9411   Nevada Bar No. 7504
GERARDO AVALOS, ESQ.   JACOB G. CLARK, ESQ.
Nevada Bar No. 15171   Nevada Bar No. 15196
8985 S. Eastern Ave., Suite 106   300 South 4th Street, Suite 1550
Las Vegas, Nevada 89123   Las Vegas, Nevada 89101
*Attorney for Defendant,*
*AT&T MOBILITY, LLC*

MICHAEL KIND, ESQ.
**KIND LAW**
Nevada Bar No. 13903
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

*Attorneys for Plaintiff,*
*MARY JANE BALMES*

### Order

**IT IS SO ORDERED**

**DATED:** 3:20 pm, October 26, 2021

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

-2-