JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARY JANE BALMES,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; CAPITAL ONE SERVICE, LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; AT&T MOBILITY LLC; COX COMMUNICATIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:21-cv-01759-JCM-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 25, 2021 through and including **November 24, 2021**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the

. . .

. . .

1  Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to
2  cause delay.
3      Respectfully submitted, this 25th day of October, 2021.

4  CLARK HILL PLLC                                   <u>**No opposition**</u>

5  By: /s/Jeremy J. Thompson                          /s/Michael Kind, Esq.
   Jeremy J. Thompson                                Michael Kind, Esq.
6  Nevada Bar No. 12503                              Nevada Bar No. 13903
7  3800 Howard Hughes Pkwy,                          KIND LAW
   Suite 500                                         8860 South Maryland Parkway, Suite 106
8  Las Vegas, NV 89169                               Las Vegas, NV 89123
   Tel: (702) 862-8300                               Phone: (702) 337-2322
9  Fax: (702) 862-8400                               Fax: (702) 329-5881
   Email: jthompson@clarkhill.com                    Email: mk@kindlaw.com
10

11 *Attorney for Defendant Equifax Information Services LLC*

12                                                   George Haines, Esq.
                                                     Nevada Bar No. 9411
13                                                   Gerardo Avalos, Esq.
                                                     Nevada Bar No. 15171
14                                                   HAINES & KRIEGER, LLC
                                                     8985 S. Eastern Ave., Suite 350
15                                                   Henderson, NV 89123
16                                                   Phone: (702) 880-5554
                                                     Fax: (702) 385-5518
17
                                                     *Attorneys for Plaintiff*
18

19

20  IT IS SO ORDERED:

21

22  _____
    United States Magistrate Judge
23
    DATED:  10/26/2021
24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 25th day of October, 2021, via CM/ECF, upon all counsel of record:

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com