JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: jthompson@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*National Consumer Telecom & Utilities*
*Exchange, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARY JANE BALMES,<br><br>              Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; CAPITAL ONE SERVICE, LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; AT&T MOBILITY LLC; COX COMMUNICATIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>              Defendants. | Case No. 2:21-cv-01759-JCM-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER**<br><br>**FIRST REQUEST** |

      Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from October 26, 2021 through and including **November 25, 2021**.  The request was made by NCTUE so that it can have an

. . .

. . .

. . .

. . .

1  opportunity to collect and review its internal files pertaining to the allegations in the Complaint,
2  and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.
3      Respectfully submitted, this 26th day of October, 2021.

4  CLARK HILL PLLC

**No opposition**

5  By: /s/*Jeremy J. Thompson*
   Jeremy J. Thompson
   Nevada Bar No. 12503
   3800 Howard Hughes Pkwy,
   Suite 500
   Las Vegas, NV 89169
   Tel: (702) 862-8300
   Fax: (702) 862-8400
   Email: jthompson@clarkhill.com

*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.*

By: /s/*David H. Krieger*
   David H. Krieger, Esq.
   Nevada Bar No. 9086
   Shawn Miller, Esq.
   Nevada Bar No. 7825
   KRIEGER LAW GROUP, LLC
   2850 W. Horizon Ridge Blvd., Suite 200
   Henderson, NV 89052
   Phone: (702) 848-3855
   Fax: (702) 385-5518
   Email: dkrieger@kriegerlawgroup.com
   Email: smiller@kriegerlawgroup.com
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  10/27/2021

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 26th day of October, 2021, via CM/ECF, upon all counsel of record:

By: /s/*Jeremy J. Thompson*
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com