George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Mary Jane Balmes*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mary Jane Balmes,<br><br>          Plaintiff(s),<br>  v.<br><br>Experian Information Solutions, Inc.; Capital One Services, LLC; National Consumer Telecom & Utilities Exchange, Inc.; AT&T Mobility LLC; Cox Communications, Inc.; and Equifax Information Services LLC,<br><br>          Defendant(s). | Case No.: 2:21-cv-01759-JCM-BNW<br><br>**Stipulation of dismissal of Cox Communications, Inc. with prejudice** |

STIPULATION                                  - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Mary Jane Balmes and Cox Communications, Inc. stipulate to dismiss Plaintiff's claims against Cox Communications, Inc. as well as any and all related entities with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 17, 2021.

**FREEDOM LAW FIRM**

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Mary Jane Balmes*

**DICKINSON WRIGHT PLLC**

/s/ Michael Feder
Michael Feder, Esq.
Dickinson Wright PLLC
3883 Howard Hughes Pkwy. Suite 800
Las Vegas, NV 89169
*Counsel for Cox Communications Las Vegas, Inc.*

IT IS SO ORDERED:

_____

UNITES STATES DISTRICT JUDGE

DATED:_____

STIPULATION                                          - 2 -