George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Mary Jane Balmes*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mary Jane Balmes,<br><br>                    Plaintiff(s),<br>  v.<br><br>Experian Information Solutions, Inc.; Capital One Services, LLC; National Consumer Telecom & Utilities Exchange, Inc.; AT&T Mobility LLC; Cox Communications, Inc.; and Equifax Information Services LLC,<br><br>                    Defendant(s). | Case No.: 2:21-cv-01759-JCM-BNW<br><br>**Stipulation of dismissal of Cox Communications, Inc. with prejudice** |

STIPULATION                                  - 1 -

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Mary Jane
2  Balmes and Cox Communications, Inc. stipulate to dismiss Plaintiff's claims
3  against Cox Communications, Inc. as well as any and all related entities with
4  prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 17, 2021.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Mary Jane Balmes*

**DICKINSON WRIGHT PLLC**

/s/ Michael Feder
Michael Feder, Esq.
Dickinson Wright PLLC
3883 Howard Hughes Pkwy. Suite 800
Las Vegas, NV 89169
*Counsel for Cox Communications Las Vegas, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: November 19, 2021

STIPULATION                                    - 2 -