JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: jthompson@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| MARY JANE BALMES, | Case No. 2:21-cv-01759-JCM-BNW |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; CAPITAL ONE SERVICE, LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; AT&T MOBILITY LLC; COX COMMUNICATIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC, | **SECOND REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from November 24, 2021 through and including **December 24, 2021**.  The request was made by Equifax so that the parties may have

. . .

. . .

. . .

1  . . .

1  additional time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed
2  in good faith and not intended to cause delay.
3       Respectfully submitted, this 19th day of November, 2021.

5  CLARK HILL PLLC

6  By: /s/Jeremy J. Thompson
7  Jeremy J. Thompson
   Nevada Bar No. 12503
8  3800 Howard Hughes Pkwy,
   Suite 500
9  Las Vegas, NV 89169
   Tel: (702) 862-8300
10 Fax: (702) 862-8400
   Email: jthompson@clarkhill.com
11
12 *Attorney for Defendant Equifax Information Services LLC*

*No opposition*

/s/Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Phone: (702) 337-2322
Fax: (702) 329-5881
Email: mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: November 22, 2021

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 19th day of November, 2021, via CM/ECF, upon all counsel of record:

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com