1  George Haines, Esq.
2  Nevada Bar No.: 9411
3  Gerardo Avalos, Esq.
   Nevada Bar No.: 15171
4  **FREEDOM LAW FIRM**
5  8985 S. Eastern Ave., Suite 350
6  Las Vegas, Nevada 89123
   (702) 880-5554
7  (702) 385-5518 (fax)
8  Ghaines@freedomlegalteam.com
9  *Attorney for Plaintiff Mary Jane Balmes*

10
11           **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
12

13  Mary Jane Balmes,                    | Case No.: 2:21-cv-01759-JCM-BNW

14
                        Plaintiff,       | **Stipulation of dismissal of**
15       v.                              | **Experian Information Solutions,**
                                         | **Inc. with prejudice**
16

17  Experian Information Solutions, Inc.;
18  Capital One Services, LLC; National
    Consumer Telecom & Utilities
19
    Exchange, Inc.; AT&T Mobility LLC;
20
    Cox Communications, Inc.; and
21  Equifax Information Services LLC,

22
23                      Defendant(s).

24
            Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Mary Jane
25
    Balmes and Experian Information Solutions, Inc. stipulate to dismiss Plaintiff's
26
    claims against Experian Information Solutions, Inc. with prejudice.
27

_____

STIPULATION                    - 1 -

1     Each party will bear its own costs, disbursements, and attorney fees.

2     Dated: February 16, 2022.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Mary Jane Balmes*

**JONES DAY**

/s/ Katherine Neben
Katherine Neben, Esq.
3161 Michelson Dr. Suite 800
Irvine, CA. 92612

**NAYLOR & BRASTER**

/s/ Jennifer Braster
Jennifer Braster, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Counsel for Experian Information Solutions, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:_____

_____