George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Mary Jane Balmes*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mary Jane Balmes,<br><br>                  Plaintiff(s,)<br>v.<br><br>Experian Information Solutions, Inc.; Capital One Services, LLC; National Consumer Telecom & Utilities Exchange, Inc.; AT&T Mobility LLC; Cox Communications, Inc.; and Equifax Information Services LLC,<br><br>                  Defendant(s.) | Case No.: 2:21-cv-01759-JCM-BNW<br><br>**Stipulation of dismissal of AT&T Mobility LLC. with prejudice** |

  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Mary Jane Balmes and AT&T Mobility LLC. stipulate to dismiss Plaintiff's claims against AT&T Mobility LLC. with prejudice.

1   Each party will bear its own costs, disbursements, and attorney fees.

2

3   Dated: August 11, 2022.

4

**FREEDOM LAW FIRM**

5

6   /s/ George Haines
George Haines, Esq.
7   Gerardo Avalos, Esq.
8   8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
9   *Counsel for Plaintiff Mary Jane Balmes*

10

11  **Gordon Rees Scully Mansukhani, LLP**

12  /s/ Jacob Clark
Jacob Clark, Esq.
13  300 South Fourth Street, Suite 1550
14  Las Vegas, NV 89101
15  *Counsel for AT&T Mobility LLC.*

16
                                                IT IS SO ORDERED:
17

18                                              _____
19                                              UNITES STATES DISTRICT JUDGE

20
                                                DATED:_____
21

22

23

24

25

26

27

_____
STIPULATION                              - 2 -