George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Mary Jane Balmes*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mary Jane Balmes, | Case No.: 2:21-cv-01759-JCM-BNW |
| Plaintiff(s,) | **Stipulation of dismissal of AT&T Mobility LLC. with prejudice** |
| v. | |
| Experian Information Solutions, Inc.; Capital One Services, LLC; National Consumer Telecom & Utilities Exchange, Inc.; AT&T Mobility LLC; Cox Communications, Inc.; and Equifax Information Services LLC, | |
| Defendant(s.) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Mary Jane Balmes and AT&T Mobility LLC. stipulate to dismiss Plaintiff's claims against AT&T Mobility LLC. with prejudice.

STIPULATION                                  - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 11, 2022.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Mary Jane Balmes*

**Gordon Rees Scully Mansukhani, LLP**

/s/ Jacob Clark
Jacob Clark, Esq.
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101
*Counsel for AT&T Mobility LLC.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: August 16, 2022