Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Mary Jane Balmes*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mary Jane Balmes,<br><br>                    Plaintiff,<br>v<br>Experian Information Solutions, Inc , et al.<br><br>                    Defendant. | Case No   2 21 cv 01759 JCM BNW<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Mary Jane Balmes and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

1    Each party will bear its own costs, disbursements, and attorney fees.

2    Dated: October 27, 2022.

3

4    **KIND LAW**

5    /s/ Michael Kind

6    Michael Kind, Esq
     8860 South Maryland Parkway, Suite 106

7    Las Vegas, Nevada 89123

8

9    **FREEDOM LAW FIRM**

10   /s/ George Haines

11   George Haines, Esq.
     8985 S. Eastern Ave., Suite 350

12   Las Vegas, Nevada 89123
     *Counsel for Plaintiff Mary Jane Balmes*

13

14   **CLARK HILL PLLC**

15   /s/ Gia Marina

16   Gia Marina, Esq.

17   3800 Howard Hughes Pkwy, Suite 500
     Las Vegas, Nevada 89169

18   *Counsel for Equifax Information Services LLC*

19

20                                 IT IS SO ORDERED:

21

22                                 UNITED STATES DISTRICT JUDGE

23

24                                 DATED    October 28, 2022

25

26

27

STIPULATION                            2